In the Matter of the Claim of HARRY EGGLESTON, Respondent, against SHINOLA COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's Compensation Law — power of public service commission, after making award of lump sum, to reopen case and make further award.*

*Eggleston v. Shinola Co.*, 191 App. Div. 930, affirmed.

(Argued October 1, 1920; decided October 19, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 4, 1920, affirming an award of the state industrial commission made under the Workmen's Compensation Law. The only question on appeal was as to whether the state industrial commission after making a lump sum award as compensation for an injury could reopen the case and make a further award where the claimant's disability had persisted.

*John J. Reilly* for appellants.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, CRANE and ELKUS, JJ.